IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VÄLINGE INNOVATION AB,<br><br>Plaintiff,<br><br>v.<br><br>HALSTEAD NEW ENGLAND CORP.<br>and HOME DEPOT U.S.A., INC.,<br><br>Defendants. | C.A. No. 16-1082-LPS-CJB |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and between Plaintiff Välinge Innovation AB and Defendants Halstead New England Corp. and Home Depot U.S.A., Inc., pursuant to Fed. R. Civ. P. 41(a), that Plaintiff's claims in this matter be, and hereby are, dismissed WITHOUT PREJUDICE, and Defendants' defenses and counterclaims in this matter be, and hereby are, dismissed WITHOUT PREJUDICE, with each party bearing its own costs, expenses and attorneys' fees.

Dated: May 3, 2019

| | |
|---|---|
| YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP | DLA PIPER LLP (US) |
| /s/ *Pilar G. Kraman*<br>Adam W. Poff (No. 3990)<br>Pilar G. Kraman (No. 5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com | /s/ *Brian A. Biggs*<br>Denise S. Kraft (DE Bar No. 2778)<br>Brian A. Biggs (DE Bar No. 5591)<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801<br>(302) 468-5700<br>denise.kraft@dlapiper.com<br>brian.biggs@dlapiper.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |